# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SCOTT JANISZEWSKI,

          Plaintiff,

v.

Case No. 17-CV-108-JPS

PALISADES ACQUISITION XVI LLC,
ASTA FUNDING INC., and DAUBERT
LAW FIRM LLC,

**ORDER**

          Defendants.

On January 23, 2017, Plaintiff filed the complaint in this matter. (Docket #1). On February 17, 2017, Plaintiff filed executed summonses for Defendants, who had been served on January 26, 2017. (Docket #5, #6, and #7). No other activity to proceed with this case has occurred since that date.

The Court requests that Plaintiff take further action to prosecute this matter **on or before twenty-one days** from the entry of this Order. If Plaintiff fails to do so, the Court may enter an order dismissing this matter without prejudice and without further notice. *See* Civ. L. R. 41.

Accordingly,

**IT IS ORDERED** that Plaintiff shall take further action to prosecute this matter **within twenty-one (21) days** of the entry of this Order.

Dated at Milwaukee, Wisconsin, this 2nd day of March, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge